# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON M. GARDNER, <br>     Plaintiff, <br><br> v. <br><br> ANDREW SAUL[1], <br> COMMISSIONER OF THE <br> SOCIAL SECURITY ADMINISTRATION, <br>     Defendant. | CIVIL ACTION <br><br><br><br> NO. 18-3296 |

## **O R D E R**

AND NOW, this 15th day of January, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF no. 11) filed March 18, 2019; Defendant's Response to Request for Review of Plaintiff (ECF No. 16) filed May 16, 2019; and Plaintiff's Brief in Reply to Defendant's Brief in Response to Plaintiff's Request for Review (ECF No. 19) filed June 3, 2019; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 27, 2019, **IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **GRANTED** in part as described below; and

3. the case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation.

BY THE COURT:

s/ J. Curtis Joyner

J. CURTIS JOYNER, J.

---

[1] Andrew M. Saul became the Commissioner of Social Security in June 2019. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as a party in place of Nancy A. Berryhill, who was Acting Commissioner from January 23, 2017 through June of 2019.